| | |
|---|---|
| 1 | Robert L. Hyde, Esq. (SBN 227183) |
| | Joshua B. Swigart, Esq. (SBN 225557) |
| | **HYDE & SWIGART** |
| 2 | 411 Camino Del Rio South, Suite 301 |
| | San Diego, CA 92108 |
| 3 | Telephone: (619) 233-7770 |
| | Facsimile: (619) 297-1022 |
| 4 | |
| 5 | Attorneys for: |
| | Howard Wang |

# UNITED STATES DISTRICT COURT,

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Howard Wang | **Case Number:** C 10 0231 JW HRL |
| Plaintiff, | |
| Hunt & Henriques | **PROOF OF SERVICE** |
| Defendant | |

Robert L. Hyde, Esq. (SBN 227183)
Joshua B. Swigart, Esq. (SBN 225557)
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108
Telephone: 619-233-7770
Facsimile: 619-297-1022

Attorney for the Plaintiff

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

PLAINTIFF: Howard Wang      Case No.: C 10 0231 JW HRL

DEFENDANT: Hunt & Henriques

**PROOF OF SERVICE OF SUMMONS**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the: Summons, Civil Cover Sheet, Complaint for Damages

3. a. Party served: Hunt & Henriques
   b. Person served: CAROL VANSTRAATEN – BOOK KEEPER
      (Person Apparently in Charge Able to Accept Service)

4. Address where the party was served: 151 Bernal Road Suite 8
                                        San Jose, CA 95119

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive services of process for the party (1) on (date): 3/5/10
      (2) at (time): 1:14 PM

6. Person Who Served Papers:
   a. CLAUDIO CALVO
      SOUTHWEST LEGAL
      SERVICES
   b. 411 CAMINO DEL RIO SOUTH,
      STE. 301
      SAN DIEGO, CA 92108
   c. 619-955-7225

   d. Fee for service $ 72.20
   e. I am:
      (1) a registered California process server.
      i. employee
      ii. Registration No.: 1066
      iii. County:

7. I declare under the penalty to perjury under the law of the State of California that the foregoing is true and correct.

Date: 3/8/10                                    Signature:

**PROOF OF SERVICE OF SUMMONS**